IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HUSSEIN ISAAK, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05cv243 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| BAHA SULAYMONOV, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the court's own motion. In filing no. 6, the U.S. Marshal returned the summons unexecuted for the sole defendant in this case, Baha Sulaymonov. If the plaintiff wishes to pursue this matter, he must request and complete new summons and 285 forms for the Marshal to serve on the defendant.

THEREFORE, IT IS ORDERED:

1. That the Clerk of Court shall send a copy of filing no. 6 and a docket sheet to the plaintiff together with a copy of this Order;

2. That if the plaintiff wishes to pursue this matter, he shall send a letter or pleading to the Clerk of Court requesting one summons and one Form 285 which he may complete and return for service of process by the U.S. Marshal on the defendant; and

3. That the plaintiff has until no later than September 23, 2005 to accomplish service of process on the defendant, or this case will be subject, without further notice, to dismissal without prejudice.

SO ORDERED.

DATED this 16th day of August, 2005.

BY THE COURT:

s/ F. A. GOSSETT
United States Magistrate Judge